BURTON FLAX et al., Appellants-Respondents, v. B. M. DEVELOPMENT CORP. et al., Respondents-Appellants.—

566

Christ, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.